UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RAYCO DELSHAUNE TRAYLOR,   CIVIL NO. 15-3203 (SRN/JSM)

    Plaintiff,   **ORDER**

v.

RAINBOW TAXI,

    Defendant.

The above matter came before the undersigned on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 17, 2015. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

2. Plaintiff Rayco DelShaune Traylor's application to proceed *in forma pauperis* [Docket No. 2] is **DENIED AS MOOT.**

Dated: October 1, 2015

    s/Susan Richard Nelson
    SUSAN RICHARD NELSON
    United States District Court